IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AUTHENTICOM, INC..,

                 Plaintiff,

   v.

CDK GLOBAL, LLC and
THE REYNOLDS AND REYNOLDS COMPANY,

                 Defendants.

ORDER

17-cv-318-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 4th day of May, 2017.

                 BY THE COURT:

                 /s/

                 _____
                 WILLIAM M. CONLEY
                 District Judge