IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Authenticom, Inc., *Plaintiff*, vs. CDK Global, LLC; and The Reynolds and Reynolds Company, *Defendants*. | Case No. 17-cv-318<br>Hon. James D. Peterson |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant CDK Global, LLC hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's July 28, 2017 order entering a preliminary injunction against CDK (Dkt. 193), and from each and every opinion or ruling that merged into that order.

1

|  |  |
|---|---|
| Dated: July 28, 2017 | Respectfully submitted,<br><br>/s/ *Mark W. Ryan*<br><br>MARK W. RYAN<br>MICHAEL B. KIMBERLY<br>MATTHEW A. WARING<br>   *Mayer Brown LLP*<br>   *1999 K Street NW*<br>   *Washington, D.C. 20006*<br>   *(202) 263-3000*<br><br>BRITT M. MILLER<br>MATTHEW D. PROVANCE<br>   *Mayer Brown LLP*<br>   *71 S Wacker Drive*<br>   *Chicago, IL 60606*<br>   *(312) 782-0600*<br><br>JEFFREY A. SIMMONS<br>JOSEPH S. HARPER<br>   *Foley & Lardner LLP*<br>   *150 East Gilman Street*<br>   *P.O. Box 1497*<br>   *Madison, WI 53701-1497*<br>   *(608) 257-5035*<br><br>*Counsel for Defendant*<br>*CDK Global, LLC* |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Notice of Appeal using the CM/ECF system on July 28, 2017. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

/s/ <u>*Mark W. Ryan*</u>