-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AUTHENTICOM, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CDK GLOBAL, LLC, and THE REYNOLDS AND REYNOLDS COMPANY,<br><br>        Defendants. | No. 3:17-CV-318-JDP |

**NOTICE OF APPEAL**

Notice is hereby given that defendant The Reynolds and Reynolds Company hereby appeals to the United States Court of Appeals for the Seventh Circuit from the July 28, 2017 Order granting plaintiffs' request for a preliminary injunction [Docket No. 192] and the associated July 14, 2017 Opinion & Order [Docket No. 172] and July 28, 2017 Opinion [Docket No. 191].

Respectfully submitted,

THE REYNOLDS AND REYNOLDS COMPANY

By: /s/ Aundrea K. Gulley

| | |
|---|---|
| John S. Skilton<br>JSkilton@perkinscoie.com<br>Charles G. Curtis, Jr.<br>CCurtis@perkinscoie.com<br>Michelle M. Umberger<br>MUmberger@perkinscoie.com<br>Brandon M. Lewis<br>BLewis@perkinscoie.com<br>**PERKINS COIE LLP**<br>One East Main Street, Suite 201<br>Madison, WI 53703<br>Telephone:  608-663-7460<br>Facsimile:   608-663-7499<br><br>Kathleen A. Stetsko<br>KStetsko@perkinscoie.com<br>**PERKINS COIE LLP**<br>131 South Dearborn St., Suite 1700<br>Chicago, IL 60603<br>Telephone:  312-324-8400<br>Facsimile:   312-324-9400 | Kathy Patrick<br>kpatrick@gibbsbruns.com<br>Aundrea K. Gulley<br>agulley@gibbsbruns.com<br>Brian T. Ross<br>bross@gibbsbruns.com<br>Brice A. Wilkinson<br>bwilkinson@gibbsbruns.com<br>Ross M. MacDonald<br>rmacdonald@gibbsbruns.com<br>**GIBBS & BRUNS, LLP**<br>1100 Louisiana, Suite 5300<br>Houston, Texas  77002<br>Telephone:  713-650-8805<br>Facsimile:   713-750-0903<br><br>Michael P.A. Cohen<br>MCohen@sheppardmullin.com<br>Amar S. Naik<br>ANaik@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>Suite 100<br>2099 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Telephone:  202-747-1900<br>Facsimile: 202-747-1901<br><br>*Attorneys for The Reynolds and Reynolds Company* |

-1-

## CERTIFICATE OF SERVICE

I, Aundrea K. Gulley, certify that on July 28, 2017, I electronically filed the foregoing *NOTICE OF APPEAL* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of July, 2017.

                                            /s/    Aundrea K. Gulley
                                      **GIBBS & BRUNS, LLP**
                                      1100 Louisiana, Suite 5300
                                      Houston, Texas 77002
                                      Telephone: 713-650-8805
                                      Facsimile: 713-750-0903